UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. EIAD W. OMRAN,

    Plaintiff,

v.

BEACH FOREST SUBDIVISION
ASSOCIATION, *et al.*,

    Defendants.
_____/

Case No. 12-10116

Hon. John Corbett O'Meara

## ORDER OF PARTIAL DISMISSAL

On January 10, 2012, Plaintiff filed his complaint alleging the following causes of action: Count I, violation of 42 U.S.C. § 1981; Count II, violation of 42 U.S.C. § 1985; Count III, injunctive relief under § 1981; Count IV, abuse of process; Count V, civil conspiracy; Count VI, concert of action; Count VII, Fair Debt Collection Practices Act; and Count VIII, Michigan Collection Practices Act.

Although Counts I, II, III, and VII are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law.  This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, IT IS HEREBY ORDERED that Counts IV, V, VI, and VIII of Plaintiff's

complaint are DISMISSED WITHOUT PREJUDICE.

                s/John Corbett O'Meara
                United States District Judge

Date:  March 8, 2012

  I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 8, 2012, using the ECF system.

                s/William Barkholz
                Case Manager